631 A.2d 545

IN THE MATTER OF ROBERT A. HOLLIS,
AN ATTORNEY AT LAW.

October 12, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that ROBERT A. HOLLIS of HACKENSACK, who was admitted to the bar of this State in 1971, be publicly disciplined for violations of *RPC* 1.1(a) (gross negligence), *RPC* 1.3 (failure to act with reasonable diligence), *RPC* 1.4(a) and (b) (failure to explain a matter to the extent reasonably necessary to permit a client to make informed decisions), *RPC* 1.16(a)(1) (failure to withdraw from representation), *RPC* 3.2 (failure to expedite litigation) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) in his handling of a matter on behalf of a criminal defendant, and good cause appearing;

It is ORDERED that the findings of the Disciplinary Review Board are adopted and ROBERT A. HOLLIS shall be suspended from the practice of law for a period of three years, effective October 31, 1993; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that ROBERT A. HOLLIS be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that ROBERT A. HOLLIS comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys; and it is further

ORDERED that ROBERT A. HOLLIS reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.